# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Calvin Lee Everette                              Docket No. 5:01-CR-68-1BO

**Petition for Action on Supervised Release**

     COMES NOW Robert L. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Calvin Lee Everette, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (e)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 29, 2002, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

3. The defendant shall support his dependants.

     Calvin Lee Everette will release from custody on March 14, 2014, at which time the term of supervised release will commence.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has no release plan. Therefore, we are petitioning for a condition for up to 60 days in a residential reentry center to allow the defendant to develop a stable residence.

     The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

     **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 60 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Calvin Lee Everette
Docket No. 5:01-CR-68-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: March 13, 2014

ORDER OF COURT

Considered and ordered this 13 day of March, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge