# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                                          Crim. No. 5:01-CR-68-1BO

CALVIN EVERETTE

On March 14, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                           I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/ Michael C. Brittain  
                                           Michael C. Brittain  
                                           Supervising U.S. Probation Officer  
                                           310 New Bern Avenue, Room 610  
                                           Raleigh, NC 27601-1441  
                                           Phone: 919-861-8674  
                                           Executed On: October 21, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _21_ day of _October_, 2016.

                                           Terrence W. Boyle  
                                           U.S. District Judge